IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

EBUDDY TECHNOLOGIES B.V.,                )
                                         )
                    Plaintiff,           )
                                         )
            v.                           )      C.A. No. 20-1501 (MN)
                                         )
LINKEDIN CORPORATION,                    )
                                         )
                    Defendant.           )

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for defendant LinkedIn Corporation to move, answer, or otherwise respond to the Complaint is extended until January 21, 2021.

FARNAN LLP                               MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Brian E. Farnan*                    */s/ Rodger D. Smith II*
_____          _____
Brian E. Farnan (#4089)                  Jack B. Blumenfeld (#1014)
Michael J. Farnan (#5165)                Rodger D. Smith II (#3778)
919 North Market Street, 12th Floor      1201 North Market Street
Wilmington, DE  19801                    P.O. Box 1347
(302) 777-0300                           Wilmington, DE  19899
bfarnan@farnanlaw.com                    (302) 658-9200
mfarnan@farnanlaw.com                    jblumenfeld@mnat.com
                                         rsmith@mnat.com

*Attorneys for Plaintiff*
                                         *Attorneys for Defendant*

SO ORDERED this _____ day of December 2020.

_____
United States District Court Judge