

April 28, 2021

**VIA E-FILING**
The Honorable Maryellen Noreika
J. Caleb Boggs Federal Building
844 North King Street
Unit 28, Room 2325
Wilmington, Delaware 19801

    Re:    *eBuddy Technologies B.V. v. LinkedIn Corporation,*
              C.A. No. 20-cv-1501-MN

Dear Judge Noreika:

    Pursuant to the Court's March 22, 2021 Order (D.I. 28), Plaintiff eBuddy Technologies B.V. ("eBuddy") and Defendant LinkedIn Corporation ("LinkedIn") jointly inform the Court that the parties do not consent to consideration of the pending Motion to Dismiss for Failure to State a Claim (D.I. 17) by a Magistrate Judge.

                                                          Respectfully submitted,

                                                          /s/ Brian E. Farnan

                                                          Brian E. Farnan

cc: Counsel of Record (Via E-Filing)