IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EBUDDY TECHNOLOGIES B.V., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 20-1501 (MN) (CJB) |
| | ) | |
| LINKEDIN CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION FOR TELECONFERENCE**
**TO RESOLVE DISCOVERY DISPUTE**

Plaintiff eBuddy Technologies B.V. and Defendant LinkedIn Corporation respectfully move the Court to address an outstanding dispute regarding a discovery matter. Pursuant to the Court's June 14, 2021 Oral Order (D.I. 43), the parties will provide their submissions on June 14, 2021 and June 21, 2021, and will present their respective positions during a teleconference on June 23, 2021 at 12:00 p.m. with counsel for LinkedIn Corporation to initiate the call.

| | |
|---|---|
| FARNAN LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Michael J. Farnan* | */s/ Rodger D. Smith II* |
| Brian E. Farnan (#4089) | Jack B. Blumenfeld (#1014) |
| Michael J. Farnan (#5165) | Rodger D. Smith II (#3778) |
| 919 North Market Street, 12th Floor | 1201 North Market Street |
| Wilmington, DE 19801 | P.O. Box 1347 |
| (302) 777-0300 | Wilmington, DE 19899 |
| bfarnan@farnanlaw.com | (302) 658-9200 |
| mfarnan@farnanlaw.com | jblumenfeld@mnat.com |
| | rsmith@mnat.com |
| *Attorneys for Plaintiff* | |
| | *Attorneys for Defendant* |

June 14, 2021