IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EBUDDY TECHNOLOGIES B.V., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 20-1501 (RGA) (CJB) |
| | ) | |
| LINKEDIN CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION AND ORDER TO AMEND SCHEDULING ORDER**

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that the case schedule is amended as follows:

| Event | Current Deadline (D.I. 33) | New Deadline |
|---|---|---|
| Invalidity Contentions | October 15, 2021 | October 29, 2021 |
| Identification of Claim Terms and Constructions | November 1, 2021 | November 15, 2021 |
| File Joint Claim Construction Chart | November 16, 2021 | November 30, 2021 |
| Plaintiff Serves its Opening Claim Construction Brief | December 7, 2021 | December 21, 2021 |
| Defendant Serves its Answering Claim Construction Brief | January 7, 2022 | January 14, 2022 |
| Plaintiff Serves its Reply Claim Construction Brief | January 21, 2022 | January 28, 2022 |
| Defendant Serves its Sur-Reply Claim Construction Brief | February 4, 2022 | February 11, 2022 |
| Parties File Joint Claim Construction Brief | February 9, 2022 | February 16, 2022 |
| Claim Construction Hearing | March 16, 2022 | UNCHANGED |

All other dates in the scheduling order (D.I. 33) remain unchanged.

| | |
|---|---|
| FARNAN LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ *Michael J. Farnan* | /s/ *Rodger D. Smith II* |
| Brian E. Farnan (#4089)<br>Michael J. Farnan (#5165)<br>919 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 777-0300<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com<br><br>*Attorneys for Plaintiff* | Jack B. Blumenfeld (#1014)<br>Rodger D. Smith II (#3778)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>rsmith@mnat.com<br><br>*Attorneys for Defendant* |

October 7, 2021

IT IS SO ORDERED this ___ day of October 2021.

_____
The Honorable Christopher J. Burke