IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EBUDDY TECHNOLOGIES B.V., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 20-1501 (RGA) (CJB) |
| | ) | |
| LINKEDIN CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

### STIPULATION AND ORDER TO AMEND SCHEDULING ORDER

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that the case schedule shall be amended as follows:

| Event | Current Deadline (D.I. 33, 63, 69) | New Deadline |
|---|---|---|
| Objections to Report and Recommendation of November 29, 2021 (D.I. 69) | December 13, 2021 | December 23, 2021 |
| Plaintiff Serves its Opening Claim Construction Brief | December 21, 2021 | January 6, 2022 |
| Response to Objections to Report and Recommendation of November 29, 2021 (D.I. 69) | December 27, 2021 | January 13, 2022 |
| Defendants Serves its Answering Claim Construction Brief | January 14, 2022 | January 28, 2022 |
| Plaintiff Serves its Reply Claim Construction Brief | January 28, 2022 | February 11, 2022 |
| Defendants Serves its Sur-Reply Claim Construction Brief | February 11, 2022 | February 23, 2022 |
| Parties File Joint Claim Construction Brief | February 16, 2022 | February 25, 2022 |
| Claim Construction Hearing | March 16, 2022 | No change |

All other dates in the scheduling order (D.I. 33) remain unchanged.

| | |
|---|---|
| FARNAN LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ *Brian E. Farnan* | /s/ *Rodger D. Smith II* |
| Brian E. Farnan (#4089)<br>Michael J. Farnan (#5165)<br>919 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 777-0300<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com<br><br>*Attorneys for Plaintiff* | Jack B. Blumenfeld (#1014)<br>Rodger D. Smith II (#3778)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>rsmith@mnat.com<br><br>*Attorneys for Defendant* |

December 8, 2021

IT IS SO ORDERED this ___ day of December 2021.

_____
J.