

March 7, 2022

**VIA E-FILING**
The Honorable Christopher J. Burke
J. Caleb Boggs Federal Building
844 N. King Street
Unit 28, Room 2325
Wilmington, DE 19801-3555

    RE:    *eBuddy Technologies B.V. v. LinkedIn Corporation*
                    <u>C.A. No. 20-cv-1501-RGA-CJB</u>

Dear Judge Burke:

Pursuant to the Court's Order (D.I. 94), Plaintiff eBuddy Technologies B.V. ("eBuddy") and Defendant LinkedIn Corporation ("LinkedIn") submit this joint letter regarding the parties' meet and confer on the claim terms that remain in dispute.

The parties met and conferred via telephone call on March 7, 2022.  Present on the call were:

    <u>For eBuddy</u>:
        Michael Farnan
        Stephen Schlather
        John Edmonds

    <u>For LinkedIn</u>:
        Roger Smith
        Brock Weber

The call lasted thirty-five minutes.  The parties discussed the terms that remain in dispute but were not able to reach agreement on any constructions and were not able to further narrow any disputes.  Accordingly, the parties understand that, pursuant to the Court's order, they need not file an amended joint claim construction chart.

                                            Respectfully submitted,

                                            /s/ Michael J. Farnan

                                            Michael J. Farnan

cc: Counsel of Record (Via E-Filing)