# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

EBUDDY TECHNOLOGIES B.V.,

        Plaintiff,

  v.

LINKEDIN CORPORATION,

        Defendant.

C.A. No. 20-1501-RGA-CJB

## REVISED JOINT APPENDIX OF EXHIBITS TO
## JOINT CLAIM CONSTRUCTION BRIEF (D.I. 96)

Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
FARNAN LLP
919 Market St., 12th Floor
Wilmington, DE 19801
Telephone: (302) 777-0300
Fax: (302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

OF COUNSEL:
Stephen F. Schlather (admitted pro hac vice )
John J. Edmonds (admitted pro hac vice)
Edmonds & Schlather PLLC
2501 Saltus Street
Houston, Texas 77003
Phone: (713) 364-2371
Fax: (713) 224-6651
sschlather@ip-lit.com
jedmonds@ip-lit.com

*Attorneys for eBuddy Technologies, B.V.*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
rsmith@morrisnichols.com

OF COUNSEL:
Christopher Kao
Brock S. Weber
PILLSBURY WINTHROP SHAW PITTMAN LLP
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
(415) 983-1000

*Attorneys for Defendant LinkedIn Corporation*

March 28, 2022

| Joint Appendix Exhibit No. | Briefing Exhibit No. | Description |
|---|---|---|
| A | eBuddy Exhibit 1 | Declaration of John Edmonds |
| B | eBuddy Exhibit 1A | U.S. Patent No. 8,510,395 |
| C | eBuddy Exhibit 1B | U.S. Patent No. 9,584,453 |
| D | eBuddy Exhibit 1C | U.S. Patent No. 8,230,135 |
| E | eBuddy Exhibit 1D | U.S. Patent No. 8,402,179 |
| F | eBuddy Exhibit 1E | Techterms.com: The Computer Dictionary - https://techterms.com/definition/title_bar |
| G | eBuddy Exhibit 1F | PCMag Encyclopedia - https://www.pcmag.com/encyclopedia/term/win-title-bar |
| H | eBuddy Exhibit 1G | Merriam-Webster Dictionary - https://www.merriam-webster.com/dictionary/bar |
| I | eBuddy Exhibit 1H | American Heritage Dictionary - https://www.ahdictionary.com/word/search.html?q=bar |
| J | eBuddy Exhibit 1I | Collins English Dictionary - https://www.collinsdictionary.com/us/dictionary/english/taskbar |
| K | eBuddy Exhibit 2 | Declaration of Dr. Rajeev Surati |
| L | eBuddy Exhibit 2A | Event-Based Programming, Taking Events to the Limit, 2006 |
| M | eBuddy Exhibit 2B | WhatIs.TechTarget.com – https://searchapparchitecture.techtarget.com/definition/event |
| N | eBuddy Exhibit 2C | Computer Hope Dictionary - https://www.computerhope.com/jargon/e/event.htm |
| O | LinkedIn's Kao Declaration and Exhibit A Thereto | Declaration of Christopher Kao, including excerpts from The Microsoft Computer Dictionary, 2002 |
| P | eBuddy Exhibit A | Declaration of John Edmonds |
| Q | eBuddy Exhibit A1 | Title Bar (MSAA UI Element Reference) |

2

| R | eBuddy Exhibit A2 | Techopedia – What is Taskbar? – https://www.techopedia.com/definition/5010/taskbar |
| S | eBuddy Exhibit A3 | Microsoft Docs – The Taskbar – https://docs.microsoft.com/en-us/windows/win32/shell/taskbar |
| T | eBuddy Exhibit A4 | Microsoft Support – Customize the taskbar notification area – https://support.microsoft.com/en-us/windows/customize-the-taskbar-notification-area-e159e8d2-9ac5-b2bd-61c5-bb63c1d437c3 |
| U | eBuddy Exhibit B | Declaration of Dr. Rajeev Surati |