IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EBUDDY TECHNOLOGIES B.V., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 20-1501 (RGA) (CJB) |
| | ) | |
| LINKEDIN CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Defendant LinkedIn Corporation's Objections and Responses to Plaintiff eBuddy's Second Interrogatories (Nos. 9-10) and Third Requests for Production (No. 52),* were caused to be served on April 5, 2022, upon the following in the manner indicated:

Brian E. Farnan, Esquire                                                            *VIA ELECTRONIC MAIL*
Michael J. Farnan, Esquire
FARNAN LLP
919 North Market Street, 12th Floor
Wilmington, DE  19801
*Attorneys for Plaintiff*

Steve Schlather, Esquire                                                            *VIA ELECTRONIC MAIL*
EDMONDS & SCHLATHER PLLC
2501 Saltus Street
Houston, TX  77003
*Attorneys for Plaintiff*

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|  | */s/ Rodger D. Smith II* |
| OF COUNSEL: | Jack B. Blumenfeld (#1014) |
|  | Rodger D. Smith II (#3778) |
| Christopher Kao | 1201 North Market Street |
| Brock S. Weber | P.O. Box 1347 |
| PILLSBURY WINTHROP SHAW PITTMAN LLP | Wilmington, DE  19899 |
| Four Embarcadero Center, 22nd Floor | (302) 658-9200 |
| San Francisco, CA  94111-5998 | jblumenfeld@morrisnichols.com |
| (415) 983-1000 | rsmith@morrisnichols.com |
| April 6, 2022 | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on April 6, 2022, upon the following in the manner indicated:

| | |
|---|---|
| Brian E. Farnan, Esquire<br>Michael J. Farnan, Esquire<br>FARNAN LLP<br>919 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Steve Schlather, Esquire<br>John J. Edmonds, Esquire<br>EDMONDS & SCHLATHER PLLC<br>2501 Saltus Street<br>Houston, TX  77003<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

*/s/ Rodger D. Smith II*

_____

Rodger D. Smith II (#3778)