IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EBUDDY TECHNOLOGIES B.V., § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> LINKEDIN CORPORATION § <br> § <br> Defendant. § | C.A. No. 20-cv-1501-RGA-CJB <br><br> JURY TRIAL DEMANDED |

**PLAINTIFF'S NOTICE OF DEPOSITION OF ALBERT CUI**

To: Defendant LinkedIn Corporation ("LinkedIn"), by and through its attorneys of record, including Christopher Kao and Brock Weber, Pillsbury Winthrop Shaw Pittman LLP, Four Embarcadero Center, 22nd Floor, San Francisco, CA 94111-5998

PLEASE TAKE NOTICE that pursuant to FED. R. CIV. P. 30(b)(1), the undersigned Plaintiff serves Defendant with notice that it will take the oral deposition of ALBERT CUI on May 26, 2022, beginning at 9:00 a.m. The deposition will be conducted remotely via videoconference using Zoom, with both audio and video capabilities. A link will be provided to counsel in advance, in order to forward same to the witness. The deposition will continue from day to day until completed. The testimony at the deposition will be recorded by videographic, stenographic, audio, audiovisual, and/or real-time computer means. The deposition will be taken before a Notary Public or some other officer authorized by law to administer oaths. You are invited to attend and examine the witness.

PLEASE TAKE FURTHER NOTICE that the deponent is requested to produce any document(s) reviewed by the deponent, prior to the commencement of the deposition, to prepare for the deposition and/or to refresh the deponent's recollection regarding the facts of this case.

Dated: April 29, 2022

Of Counsel:

Stephen F. Schlather
John J. Edmonds
EDMONDS & SCHLATHER PLLC
2501 Saltus St.
Houston, Texas 77003
Phone: (713) 364-2371
Fax: (713)224-6651
sschlather@ip-lit.com
jedmonds@ip-lit.com

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan

Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 Market St., 12th Floor
Wilmington, DE 19801
Telephone: (302) 777-0300
Fax: (302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Plaintiff*