**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| EBUDDY TECHNOLOGIES B.V., <br><br> Plaintiff, <br><br> v. <br><br> LINKEDIN CORPORATION, <br><br> Defendant. | C.A. No. 20-cv-1501-RGA-CJB <br><br> **JURY TRIAL DEMANDED** |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on April 28, 2022, a copy of eBuddy's Fourth Requests for Production to LinkedIn was served on the following as indicated:

<u>Via E-Mail</u>
Jack B. Blumenfeld
Rodger D. Smith II
Morris, Nichols, Arsht & Tunnell LLP
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@morrisnichols.com
rsmith@morrisnichols.com

*Attorneys for Defendant LinkedIn Corporation*

<u>Via E-Mail</u>
Christopher Kao
Brock S. Weber
Pillsbury Winthrop Shaw Pittman LLP
christopher.kao@pillsburylaw.com
brock.weber@pillsburylaw.com

*Attorneys for Defendant LinkedIn Corporation*

Dated: April 29, 2022

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
Telephone: (302) 777-0300
Facsimile: (302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Steve Schlather (admitted *pro hac vice*)

EDMONDS & SCHLATHER PLLC
2501 Saltus St.
Houston, Texas 77003
Phone: (713) 234-0044
Fax: (713) 224-6651
sschlather@ip-lit.com

*Attorneys for Plaintiff eBuddy Technologies B.V.*