# EXHIBIT A

# EXHIBIT A
## Proposed Scheduling Order Amendments

| | | |
|---|---|---|
| Deadline to Serve Privilege Logs (*see* D.I. 47, D.I. 140) | **May 31, 2022** | **August 9, 2022** |
| Defendant shall provide final invalidity contentions | **June 6, 2022** | **August 9, 2022** |
| Plaintiff must finally supplement, *inter alia*, the identification of all accused products | No later than forty-five (45) days after the Court enters a Claim Construction Order | No later than forty-five (45) days after the Court enters a Claim Construction Order |
| Defendant must finally supplement the identification of all invalidity references | No later than forty-five (45) days after the Court enters a Claim Construction Order | No later than forty-five (45) days after the Court enters a Claim Construction Order |
| All discovery in this case shall be initiated so that it will be completed on or before | **July 7, 2022** | **September 16, 2022** |
| For the party who has the initial burden of proof on the subject matter, the initial Federal Rule 26(a)(2) disclosure of expert testimony is due | **July 29, 2022** | **October 7, 2022** |
| The supplemental disclosure to contradict or rebut evidence on the same matter identified by another party is due | **September 29, 2022** | **November 18, 2022** |
| Reply expert reports from the party with the initial burden of proof are due | **October 14, 2022** | **December 16, 2022** |
| All expert discovery shall be completed on or before | **November 18, 2022** | **January 20, 2022** |
| All case dispositive motions, an opening brief, and affidavits, if any, in support of the motion shall be served and filed | **December 1, 2022** | **February 3, 2022** |
| The Court will hold a pretrial conference | **June 5, 2023** | **June 5, 2023 (unchanged)** |
| This matter is scheduled for a seven (7)-day trial | **June 12, 2023** | **June 12, 2023 (unchanged)** |
| The parties shall jointly submit a form of order to enter judgment on the verdict | Within seven (7) days after a jury returns a verdict | Within seven (7) days after a jury returns a verdict |