IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EBUDDY TECHNOLOGIES B.V., | § |
| | § |
| Plaintiff, | § |
| | § C.A. No. 20-cv-1501-RGA-CJB |
| v. | § |
| | § |
| LINKEDIN CORPORATION | §  JURY TRIAL DEMANDED |
| | § |
| Defendant. | § |

**STIPULATION OF DISMISSAL OF PLAINTIFF'S CLAIMS BROUGHT UNDER U.S. PATENT NOS. 8,510,395 AND 9,584,453**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, eBuddy Technologies B.V. ("eBuddy" or "Plaintiff") and Defendant LinkedIn Corporation ("LinkedIn" or "Defendant") hereby stipulate to the dismissal with prejudice of all claims brought under U.S. Patent Nos. 8,510,395 and 9,584,453.

The Parties further stipulate that each party shall bear its own costs and fees related to claims brought under U.S. Patent Nos. 8,510,395 and 9,584,453.

| | |
|---|---|
| Dated: September 28, 2023 | Respectfully submitted, |
| FARNAN LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ Michael J. Farnan | /s/ Rodger D. Smith II |
| Brian E. Farnan (Bar No. 4089) | Jack B. Blumenfeld (#1014) |
| Michael J. Farnan (Bar No. 5165) | Rodger D. Smith II (#3778) |
| 919 Market St., 12th Floor | 1201 North Market Street |
| Wilmington, DE 19801 | P.O. Box 1347 |
| Telephone: (302) 777-0300 | Wilmington, DE 19899 |
| Fax: (302) 777-0301 | (302) 658-9200 |
| bfarnan@farnanlaw.com | jblumenfeld@morrisnichols.com |
| mfarnan@farnanlaw.com | rsmith@morrisnichols.com |
| | *Attorneys for Defendant LinkedIn Corporation* |
| *Attorneys for Plaintiff eBuddy Technologies, B.V.* | |

SO ORDERED this <u>29th</u> day of September, 2023.

<u>/s/ Richard G. Andrews</u><br>
The Honorable Richard G. Andrews