# EXHIBIT A

**Plaintiff eBuddy Technologies' Proposed Case Schedule**

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| Defendant shall respond to Plaintiff's Ninth Requests for Production by this date | | **January 10, 2025** |
| Defendant shall make available for inspection the current relevant source code for its accused titlebar notification functionality by this date | | **January 15, 2025** |
| Defendant shall make a corporate representative available for deposition pursuant to Plaintiff's Second Amended Rule 30(b)(6) Notice by this date | | **January 24, 2025** |
| Plaintiff shall supplement its expert reports on infringement and damages solely to address Defendant's redesigned system | | **March 7, 2025** |
| Defendant shall supplement its expert reports on infringement and damages solely to address Defendant's redesigned system | | **April 23, 2025** |
| Reply expert reports from the party with the initial burden of proof are due | **November 20, 2024** | **May 21, 2025** |
| All expert discovery shall be completed on or before | **December 20, 2024** | **June 25, 2025** |
| All case dispositive motions, an opening brief, and affidavits, if any, in support of the motion shall be served and filed | **January 23, 2025** | **July 25, 2025** |
| Mediation Deadline | **February 23, 2025** | **June 30, 2025** |
| The Court will hold a pretrial conference | **May 9, 2025** | |
| This matter is scheduled for a five (5)-day trial | **May 19, 2025** | |

SO ORDERED this _____ day of December, 2024.

_____
United States Magistrate Judge Christopher J. Burke